1  MIKE T. LUCEY (SBN 099927)
   BRIAN P. MASCHLER (SBN 111824)
2  LINDA M. MORONEY (SBN 172668)
   GORDON & REES SCULLY MANSUKHANI LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendants
6  KINETIC FARM, INC., JEFFREY BYUN
   and HENRY LEE
7
   KEVIN MAHONEY (SBN 235367)
8  MAHONEY LAW GROUP, APC
   249 E. Ocean Boulevard, Suite 814
9  Long Beach, California 90802
   Telephone:  (562) 590-5550
10
   SHAFIEL A. KARIM, ESQ.
11 LAW OFFICE OF SHAFIEL A. KARIM
   17777 Center Court Drive, Suite 600
12 Cerritos, California 90703
   Telephone: (562) 653-6850
13
   Attorneys for Plaintiff
14 C&M CAFÉ LLC

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 C&M CAFÉ LLC, a California limited            ) CASE NO.  16-cv-04342-WHO
   liability company, on behalf of itself and all )
                                                  ) **JOINT STIPULATION AND ORDER
20 others similarly situated,                     ) CONTINUING  INITIAL CASE
                                                  ) MANAGEMENT**
                        Plaintiff,                )
21                                                )
                                                  ) Date:    November 8, 2016
22          vs.                                   ) Time:    2:00 p.m.
                                                  ) Judge:   Hon. William Orrick
23 KINETIC FARM, INC., a Delaware                 ) Dept.:   2, 17th Floor
   corporation, and DOES 1-10, inclusive,         )
24                                                )
                        Defendants.               )
25                                                )

26       The undersigned, counsel of record for Plaintiff, C&M Café, and Defendants Kinetic

27 Farm, Inc., Jeffrey Byun and Henry Lee (collectively, "Defendants"), respectively, hereby

28 AGREE AND STIPULATE, subject to Court approval, as follows:

-1-
Joint Stipulation And Order Continuing Initial Case Management Conference

1. The Initial Case Management Conference in this case is currently scheduled for November 8, 2016, at 2:00 p.m.

2. Counsel for Defendants recently learned that they have unavoidable conflicts on that date due to a hearing on a dispositive motion that has been scheduled for that same time in Orange County Superior Court in the matter of *Kosakura, Inc.v. Akyumen Technologies, Corp., et al.,* Orange County Superior Court Case No. 30-2016-00828132-CU-BC-CJC, as well as a TRO hearing that morning in Los Angeles County Superior Court in the matter of *Colocation America, Inc. v. UnitedLayer, LLC, et al.*, Los Angeles County Superior Court, Case No. BC588400. Defense counsel have not been able to arrange for co-counsel to cover these hearings.

3. Therefore, after meeting and conferring, counsel for Plaintiffs and counsel for Defendants have agreed that the Initial Case Management Conference in this matter may be continued two (2) weeks to **November 22, 2016**, or to a date thereafter set by the Court.

IT IS SO STIPULATED.

Dated: November 2, 2016

LAW OFFICES OF SHAFIEL A. KARIM

By: _____
Shafiel A. Karim
Attorneys for Plaintiff
C&M CAFÉ LLC

Dated: November 2, 2016

GORDON & REES LLP

By: _____
Brian P. Maschler
Attorneys for Defendants
KINETIC FARM, INC., JEFFREY BYUN
And HENRY LEE

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1       IT IS SO ORDERED.

2

3   Dated:  November 3, 2016                    _____
                                                The Honorable William Orrick
4                                               District Judge

5

6

7

8

9

10

11

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28