UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&M CAFE LLC,<br>　　　　Plaintiff,<br>　　v.<br>KINETIC FARM, INC., et al.,<br>　　　　Defendants. | Case No. 16-cv-04342-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 85 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice as to defendants Kinetic Farm, Inc., Jeffre Byun, Henry Lee, and James Butts and **without** prejudice as to defendants Alan Small, Chris Timm and Rosario Garnett. The Clerk shall close the case.

Dated: July 6, 2018

WILLIAM H. ORRICK
United States District Judge